UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON WILSON,

        Petitioner,                                    Case No. 1:08-CV-752

v.                                             HON. GORDON J. QUIST

MARY BERGHUIS,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Petitioner on October 5, 2010. The Clerk sent another copy of the Report and Recommendation to Petitioner at his new address at Mound Correctional Facility on October 12, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 4, 2010, is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.


Dated: November 3, 2010                                      /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE